MAILED FRIDAY, JUNE 11, 2010.

```
FILED  ✓    ____ LODGED
____ RECEIVED ____ COPY

   JUN 16 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ P DEPUTY
```

ROBERT F. KREBS  069524
Name and Prisoner/Booking Number

ARIZONA STATE PRISON COMPLEX - TUCSON - RINCON  3-A-6
Place of Confinement

P.O. BOX 24403
Mailing Address

TUCSON, ARIZONA 85734
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

ROBERT F. KREBS
(Full Name of Plaintiff)
                       Plaintiff,

vs.

(1) DIRECTOR DORA B. SCHRIRO
(Full Name of Defendant)
(2) WARDEN DAVID RIVAS
(3) DEPUTY WARDEN ALFRED RAMOS
(4) _____
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-10-1281-PHX-PGR-ECV
(To be supplied by the Clerk)

JURY DEMAND

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: ARIZONA STATE PRISON COMPLEX - LEWIS - BUCKLEY
   BUCKEYE, ARIZONA

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __DORA B. SCHRIRO__. The first Defendant is employed as: __DIRECTOR__ (Position and Title) at __ARIZONA DEPARTMENT OF CORRECTIONS, CENTRAL OFFICE__ (Institution) __PHOENIX__.

2. Name of second Defendant: __DAVID RIVAS__. The second Defendant is employed as: __WARDEN__ (Position and Title) at __ARIZONA STATE PRISON COMPLEX - LEWIS__ (Institution).

3. Name of third Defendant: __ALFRED RAMOS__. The third Defendant is employed as: __DEPUTY WARDEN__ (Position and Title) at __ARIZONA STATE PRISON COMPLEX - LEWIS, BUCKLEY UNIT__ (Institution).

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ (Position and Title) at _____ (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: **8th. Amendment.**

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: **Prison conditions**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Wednesday, 6-18-08, 1305 hours, I was walking from Buckley's medical facility to housing unit 3C. I am age 72 and walk with the assistance of a medically prescribed quad-footed cane. At a certain point there is a crack in the pavement that extends the full width of the roadway. This particular crack is but one of a series of extensive roadway cracks some as wide as 4" and as deep as 2". A few have been repaired by the adding of loose gravel. This one has not. Maintenance has a very low priority. At the point I fell, there is a round hole in the crack, the diameter of which readily accepts a rubber-covered foot of my cane. The retaining three feet tipped up and I tripped over them, falling and striking the right upper side of my head heavily on the roadway. I was unable to rise. Security staff witnessed the incident. A duty nurse was called and I was removed by wheelchair to the Buckley medical unit, where my injuries were, of a serious extent, failure to control, transport to Maricopa County Hospital by Buckeye Fire Department ambulance. The injury is of a permanent nature affecting my eyesight. Subsequently, I was transferred to the Arizona Department of Corrections medical facility at Arizona State Prison Complex - Tucson - Rincon Unit in July 2009.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Prison maintenance has a very low priority at Arizona State Prison Complex - USAS - Buckley. The defendants are deliberately indifferent to the needs of the prison populace.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Administrative relief is actively discouraged above the initial level. Necessary forms are unavailable. Grievance coordinators fail to respond. Security retaliation is commonplace.

## E. REQUEST FOR RELIEF

State the relief you are seeking:
PUNITIVE DAMAGES IN THE AMOUNT OF $75,000. AND REFUND OF FILING FEE AND ALL OTHER COURT COSTS.

I declare under penalty of perjury that the foregoing is true and correct.
PLACED IN ADOC MAILBOX:
Executed on FRIDAY, JUNE 11, 2010
             DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Inmate  RCB
ADC #  064524
Arizona State Prison Complex - Tucson
Unit  Rincon 3-A-6
  P.O. Box 24403
  Tucson       AZ  85734



RECEIVED
JUN 16 2010
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court Clerk

U.S. Courthouse, Suite 130

401 West Washington St.

Phoenix, Arizona 85003-2119

N C