# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Robert F. Krebs, | ) | **JUDGMENT IN A CIVIL CASE** |
| --- | --- | --- |
| Plaintiff, | ) | CV10-1281-PHX-PGR (ECV) |
| v. | ) | |
| Dora B. Schriro, et al., | ) | |
| Defendant(s). | ) | |

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 22, 2010, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice for failure to comply with the Court's orders.

August 6, 2010

RICHARD H. WEARE  
District Court Executive/Clerk

s/Elaine Leon  
By: Deputy Clerk